IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GREAT LAKES INSURANCE SE,

              Plaintiff,

    vs.

SWISS RE CORPORATE
SOLUTIONS ELITE INSURANCE
CORPORATION F/K/A/ NORTH
AMERICAN ELITE INSURANCE
COMPANY, ERIE INSURANCE
EXCHANGE, INTERPARK
HOLDINGS LLC, JOSHUA LOGAN,
d/b/a LOGAN CONTRACTING,

              Defendants.

Civil Action No.: 1:22-cv-134

**ORDER GRANTING MOTION
FOR DEFAULT JUDGMENT AS
TO DEFENDANT INTERPARK
HOLDINGS LLC**

AND NOW, this 17th day of September, 2024, IT IS HEREBY ORDERED that the

Motion for Default Judgment as to defendant Interpark Holdings LLC is GRANTED.

DEFAULT JUDGMENT IS HEREBY ENTERED against defendant Interpark Holdings

LLC declaring that plaintiff Great Lakes Insurance SE has no obligation to provide defense or

indemnity coverage for the matters alleged in the underlying property damage action filed in

Allegheny County Common Pleas Court, captioned *North American Elite Ins. Co. a/s/o Interpark*

*Holdings, LLC and Interpark Holdings, LLC v. Ava's Handymen, LLC and Andrew Lapinski d/b/a*

*Lapinski Construction and Joshua Logan d/b/a Logan Contracting*, Case No. GD-21-015076, and

no obligation to pay any judgment the plaintiff may obtain in the underlying property damage

action, due to Interpark's failure to appear and participate in the above-captioned action.

SUSAN PARADISE BAXTER
United States District Judge