IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREAT LAKES INSURANCE SE,<br><br>    Plaintiff,<br><br>vs.<br><br>SWISS RE CORPORATE SOLUTIONS ELITE INSURANCE CORPORATION F/K/A/ NORTH AMERICAN ELITE INSURANCE COMPANY, ERIE INSURANCE EXCHANGE, INTERPARK HOLDINGS LLC, JOSHUA LOGAN, d/b/a LOGAN CONTRACTING,<br><br>    Defendants. | Civil Action No.: 1:22-cv-134<br><br><br>ORDER GRANTING MOTION FOR DEFAULT JUDGMENT AS TO DEFENDANT JOSHUA LOGAN, d/b/a LOGAN CONTRACTING |

AND NOW, this 17th day of September, 2024, IT IS HEREBY ORDERED that the Motion for Default Judgment as to Defendant Joshua Logan, d/b/a Logan Contracting is GRANTED.

DEFAULT JUDGMENT IS HEREBY ENTERED against defendant Joshua Logan, d/b/a Logan Contracting declaring that plaintiff Great Lakes Insurance SE has no obligation to provide defense or indemnity coverage for the matters alleged in the underlying property damage action filed in Allegheny County Common Pleas Court, captioned *North American Elite Ins. Co. a/s/o Interpark Holdings, LLC and Interpark Holdings, LLC v. Ava's Handymen, LLC and Andrew Lapinski d/b/a Lapinski Construction and Joshua Logan d/b/a Logan Contracting*, Case No. GD-21-015076, and no obligation to pay any judgment the plaintiff may obtain in the underlying property damage action, due to Logan's failure to appear and participate in the above-captioned action.

*/s/ Susan Paradise Baxter*
SUSAN PARADISE BAXTER
United States District Judge