IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREAT LAKES INSURANCE SE,<br><br>Plaintiff,<br><br>vs.<br><br>SWISS RE CORPORATE SOLUTIONS ELITE INSURANCE CORPORATION F/K/A/ NORTH AMERICAN ELITE INSURANCE COMPANY, ERIE INSURANCE EXCHANGE, INTERPARK HOLDINGS LLC, JOSHUA LOGAN, d/b/a LOGAN CONTRACTING,<br><br>Defendants. | Civil Action No.: 1:22-cv-134<br><br>**ORDER GRANTING PARTIAL WITHDRAWAL OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS TO DEFENDANT ERIE INSURANCE EXCHANGE ONLY** |

AND NOW, this 15th day of September, 2025, IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment, ECF No. [90], is withdrawn only as to Defendant ERIE INSURANCE EXCHANGE, resulting from the notification of settlement filed in this action between Plaintiff GREAT LAKES INSURANCE SE and Defendant ERIE INSURANCE EXCHANGE.

Plaintiff's Motion for Summary Judgment is not withdrawn as to the remaining parties to this action and remains for decision by the Court. All prior Orders in this action remain in effect.

IT IS IS FURTHER ORDERED that Plaintiff's motion partial motion to withdraw motion for Summary Judgment, ECF No. [107], is DIMISSED as moot.

*Susan Paradise Baxter*
SUSAN PARADISE BAXTER
United States District Judge